## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

DARTAGNAN SPIRES,

    Plaintiff,

v.                                                CASE NO. 5:13cv33-SPM/GRJ

MICHAEL C. OVERSTREET,

    Defendant.

_____/

## ORDER

This cause comes before the court on the magistrate judge's Report and Recommendation dated January 30, 2013. (Doc. 3). No objections have been filed. Having considered the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 3) is ADOPTED and incorporated by reference in this order.

2. This case is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915A because plaintiff seeks monetary relief against a defendant who is immune from suit.

**DONE AND ORDERED** this 11th day of March, 2013.

                                                      *s/ M. Casey Rodgers*
                                                    **M. CASEY RODGERS**
                                                    **CHIEF UNITED STATES DISTRICT JUDGE**